Joanna A. Diakos (JD 7269)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Plaintiff Microsoft Corporation



RECEIVED SEP 11 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICROSOFT CORPORATION,

                Plaintiff,

-against-

KEVIN CODY,

                Defendant.
-----------------------------------------------------------X

Civil Action No. 07 CIV 7963

**PLAINTIFF MICROSOFT CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Microsoft Corporation ("Microsoft"), hereby certifies that Microsoft has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Microsoft acknowledges that it is obligated to promptly file a supplemental statement

NY-554250 v1

upon any change in the information that this statement requires.

Dated: New York, New York
September 11, 2007

                                        KIRKPATRICK & LOCKHART PRESTON
                                        GATES ELLIS LLP

                                        _____ (JD 7269)
                                        Joanna A. Diakos
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: 212-536-3900
                                        Facsimile: 212-536-3901
                                        Email: joanna.diakos@klgates.com

                                        *Attorneys for Plaintiff Microsoft Corporation*