UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MICROSOFT CORPORATION,

                       Plaintiff,

     -against-

KEVIN CODY,

                       Defendant.

---------------------------------------------------------X

Civil Action No. 07 CIV 7963

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Microsoft Corporation, by its undersigned attorneys, and Defendant Kevin Cody, pro se,

hereby stipulate to the dismissal of the within action with prejudice.  Each party shall

bear its own attorneys' fees and costs.

    Dated:  New York, New York
         October ~~September~~ 19, 2007

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
    Joanna A. Diakos (JD-7269))
    599 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 536-3900

*Attorneys for Plaintiff*

KEVIN CODY

By: _____
    Kevin Cody
    3489 Fort Independence Street
    Bronx, New York 10463

*Pro se*

RELEASE AND SETTLEMENT AGREEMENT            5